# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

149717

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

BRENDA PRICE, Personal Representative of the
Estate of ROGER STANLEY PRICE,
        Plaintiff-Appellee,

v

PORT HURON HOSPITAL,
        Defendant-Appellant.

SC: 149717
COA: 311188
St Clair CC: 10-000738-NH

_____/

On order of the Court, the application for leave to appeal the June 10, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015 _____



Clerk

t0513